**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**
**SAN ANTONIO DIVISION**

| | | |
|---|---|---|
| **MICHAEL CHAVEZ,** | ) | |
| | ) | |
|    **Plaintiff,** | ) | |
| | ) | |
| **V.** | ) | **CIVIL ACTION NO. SA-22-CA-1172-FB** |
| | ) | |
| **FCR INVESTMENTS, LLC d/b/a Capital** | ) | |
| **Realty Investments,** | ) | |
| | ) | |
|    **Defendant.** | ) | |

**ORDER OF DISMISSAL WITH PREJUDICE AND JUDGMENT**

Before the Court is the parties' Agreed Motion to Dismiss Under Fed. R. Civ. P. 41(a)(2). (Docket no. 12). The parties stipulate pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii) that they have reached a settlement agreement and move to dismiss this case with prejudice. After careful consideration, the Court is of the opinion that the motion should be granted.

Accordingly, IT IS ORDERED, ADJUDGED and DECREED that the parties' Agreed Motion to Dismiss Under Fed. R. Civ. P. 41(a)(2) (docket no. 12) is GRANTED such that, pursuant to the stipulation signed by the parties and Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the above styled and numbered cause is DISMISSED WITH PREJUDICE.

IT IS FINALLY ORDERED, ADJUDGED and DECREED that motions pending with the Court, if any, are Dismissed as Moot and this case is CLOSED.

It is so ORDERED.

SIGNED this 31st day of March, 2023.

_____
FRED BIERY
UNITED STATES DISTRICT JUDGE